# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **Troy Garber,** Plaintiff, v. **United States Postal Service,** Defendant. | Case No. 4:20-cv-00314<br><br>**COMPLAINT AT LAW AND JURY DEMAND** |

**COMES NOW** the Plaintiff, Troy Garber, and in support of his cause of action against the Defendant, United States Postal Service, states the following:

### GENERAL ALLEGATIONS AND FACTUAL BASIS FOR SUIT

1. The motor vehicle crash that gives rise to this action occurred on November 30, 2017 in the city of Oskaloosa, in Mahaska County, IA.

2. Plaintiff Troy Garber is a resident and citizen of the State of Iowa.

3. Defendant United States Postal Service (hereinafter "USPS") is an agency of the federal government of the United States of America.

4. On November 30, 2017, Defendant USPS employed a woman named Lisa Richardson, who operated a 1990 GMC Mail Truck (VIN: 1GBCS10E1M2910408) in the course and scope of her employment with Defendant USPS.

5. On November 30, 2017, while in the course and scope of her employment with Defendant USPS, Lisa Richardson negligently and carelessly failed to yield to traffic, darting the Mail Truck into traffic and striking the vehicle driven by Plaintiff Troy Garber.

6. As a result of her failure to obey the rules of the road, Lisa Richardson was given a citation (believed to be citation no. 65201631712021420178) at the scene for failure to yield to oncoming traffic, in violation of Iowa law.

7.     Lisa Richardson pled guilty (case no. 08621OSSTA0029568, Mahaska) to that violation because she was guilty of that violation.

8.     Defendant USPS is vicariously liable for the negligent acts of Lisa Richardson and the damage she has done, because of their status as her employer, their ownership of the postal mail truck, and based on Iowa law and Federal law.

9.     Plaintiff Troy Garber has substantially complied with all provisions of the Federal Tort Claims Act, 28 U.S.C. Part VI, Chapter 171 (and related laws and agency regulations).

10.    On January 7, 2019, Plaintiff Troy Garber timely filed notice of claim for money damages in sum certain for personal injury with Defendant USPS in accordance with 39 C.F.R. § 912.3. *See* Exh. 1, Notice of Claim and Demand.

11.    On November 27, 2019, as no agency action had taken place, Troy Garber amended his claim in accordance with 39 C.F.R. § 912.5(b). *See* Exh. 2, Memorandum.

12.    On December 4, 2019, Troy Garber received confirmation from Defendant USPS that his claim, now noted as USPS Case # 500-18-00410476B, had been forwarded to Defendant USPS's National Tort Center. *See* Exh. 3, Correspondence.

13.    Since then, no payment of the full amount of claim or final denial of claim has taken place.

14.    Because six months have passed since Troy Garber's amended notice of claim to Defendant USPS, Troy Garber has the option of considering the inaction a final denial of his claim, allowing him to file this lawsuit in federal court, which makes this filing timely in accordance with federal law. 28 U.S.C. § 2675(a).

15. This Court has jurisdiction over Federal Tort Claims Act cases pursuant to 28 U.S.C. § 1346(b).

16. Because the crash happened in Mahaska County, IA, venue is appropriate pursuant to 28 U.S.C. § 1391(b).

## COUNT I: PLAINTIFF TROY GARBER'S NEGLIGENCE CLAIM AGAINST DEFENDANT UNITED STATES POSTAL SERVICE

17. Defendant USPS, through the acts of its agent or employee Lisa Richardson, was negligent in one or more of the following ways:

   a. Failing to yield the right-of-way to Troy Garber as he lawfully operated his vehicle;

   b. Failing to keep a proper lookout for others on the road; and

   c. Failing to operate the mail truck in accordance with the rules of the road, state law, and for the protection of the motoring public.

18. Because of the negligence of Defendant USPS, Troy Garber suffered serious and permanent injuries, the harms and losses from which include past and future medical bills, pain and suffering, loss of function, loss of full use of body and mind, and emotional distress.

**WHEREFORE** Plaintiff Troy Garber prays for judgment against Defendant USPS for reasonable compensation for his injuries, together with interest, if allowed and costs of this action.

**LAWYER, LAWYER, DUTTON & DRAKE & CONKLIN, LLP**

/s/ *Jim Lawyer*

/s/ *Rob Conklin*

Jim Lawyer AT0004680
Rob Conklin AT0012658
1415 Grand Avenue
West Des Moines, IA 50265-3473
Phone:       (515) 224-4400
Facsimile:   (515) 223-4121
Email:       jlawyer@lldd.net.
Email:       rconklin@lldd.net
**ATTORNEYS FOR PLAINTIFF**

**Original filed.**

**PLAINTIFF DEMAND TRIAL BY JURY.**